IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTIE ULMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 22-00213-JB-C |
| | ) | |
| MVCONNECT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On September 9, 2022, Plaintiff filed a Notice of Settlement and request to dismiss this action with prejudice. (Doc. 9). The Court deems the Notice to be filed pursuant to Rule 41(a)(1)(A)(i). Accordingly, it is **ORDERED** that this action is hereby **DISMISSED with prejudice** from the active docket of this Court, subject to the right of Plaintiff or Defendant to move to reinstate the action within **sixty (60) days** from the date of entry of this Order should the settlement agreement not be consummated.

No further order shall be forthcoming from the Court except upon motion by a party for entry of a final judgment as prescribed by Federal Rule of Civil Procedure 58. The parties shall bear their own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE and ORDERED** this 12th day of September, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE